Young

# United States District Court

WESTERN DISTRICT OF TEXAS

**FILED**

SEP 17 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES OF AMERICA
V.
Mark Adam MARTINEZ

## CRIMINAL COMPLAINT

CASE NUMBER: MO:14-MJ-441

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 9, 2014** in **Midland** county, in the **Western** District of **Texas**, defendant(s) did, (Track Statutory Language of Offense)

**knowingly and intentionally possess with intent to distribute a controlled substance, over 50 grams of actual Methamphetamine, a schedule II controlled substance,**

in violation of Title __21__, United States Code, Section(s) **841(a)(1); 841(b)(1) (B)**

I further state that I am a(n) **MPD Detective** and that this complaint is based on the following facts:
                                Official Title

**See Attached**

Continued on the attached Sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn before me and subscribed in my presence,

9/17/14                              at    **Midland Texas**
Date                                         City and State

**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer           Signature of Judicial Officer

# AFFIDAVIT

I, Robby Mobley, a Detective with the Midland Texas Police Department, (MPD), being duly sworn state:

I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 31 years. I have received extensive training pertaining to the investigation of narcotics violations provided by the United States Drug Enforcement Administration further I have participated in numerous narcotics investigations involving firearm violations. In addition, I have attended multiple courses of training provided by the Texas Narcotic Officers Association and Texas Gang Association dealing with organized crime and narcotic trafficking.

I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that Mark Adam MARTINEZ possessed with the intent to distribute and distribute over 50 grams of actual Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841 (a) (1); 841 (b) (1) (B).

In the late part of August or early part of September 2014 Detective Mobley received information that Mark Martinez was distributing Methamphetamine in the Western District of Texas. Detective Mobley was advised that Martinez was selling to various individuals who are team ropers and that he (Martinez) was employed by Dr. Boyd. Detective Mobley was further advised that Martinez drove a gray Dodge pick-up when he is was not driving vehicles and equipment for Dr. Boyd. Detective Mobley

located Dr. Boyd's arena just east of the MISD Bus Barn on County Road 60. Detective Mobley established surveillance on and off on the property and observed a gray Dodge pickup that was found to be registered to Catarina Martinez and Mark Martinez, 601 NE Ave. E Place, Andrews, Texas. Mark Martinez was identified through computer checks as Mark Adam Martinez, 12-31-75, D. L. number 04944625 showing an address on driver's license as 601 NE Ave. E Place, Andrews, Texas.

On September 9th, 2014 at approximately 2040 hrs., Detective Mobley made contact with Dr. Boyd and requested permission to enter his property in order to make contact with Martinez. After consent was granted, Martinez was approached by officers at the arena on Dr. Boyd's property. Martinez was confronted with information received and the investigation. Martinez appeared extremely nervous and was nearly falling over. After Martinez was read his Miranda rights he agreed to speak with officers. Martinez showed the officers a quantity of Methamphetamine he had concealed under the console of his gray Dodge pickup. The clear and green plastic container containing the crystal shards that obtained from Martinez weighed approximately 115.6 grams and field-tested positive for Methamphetamine. Martinez confirmed that he had been "fronted" the Methamphetamine and was to pay the Methamphetamine source of supply at a later date.

Based on my training, expertise and experience, I believe Mark Adam MARTINEZ did knowingly and intentionally posses with the intent to distribute over 50 grams of actual Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code Sections 841 (a) (1) and 841 (b) (1) (A).

_____  
Det. Robby Mobley  
Midland Police Department

9-17-14  
Date

Sworn to and subscribed before me in my presence.

_____  
David Counts  
United States Magistrate Judge

9/17/14  
Date

2